# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELINA DULAY-SALCEDA,

    Plaintiff

v.

SUN VALLEY GENERAL IMPROVEMENT DISTRICT,

    Defendant

Case No.: 3:23-cv-00566-MMD-CSD

**Order**

Re: ECF Nos. 1, 1-1

    Plaintiff has filed an application to proceed *in forma paupris* (IFP) and civil complaint. The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

    Plaintiff's IFP application indicates that her take-home pay or wages are $2,100 bi-weekly. Plaintiff does not list any expenses, debts, dependents or other liabilities; therefore, the court cannot conclude based on this application that Plaintiff cannot pay the filing fee and is entitled to IFP status. Therefore, Plaintiff's IFP application (ECF No. 1) is **DENIED** without prejudice.

    Plaintiff has **30 days** from the date of this Order to either pay the $402 filing fee (for actions filed before December 1, 2023, the filing fee is $402, consisting of the $350 filing fee and $52 administrative fee), or file a new, complete IFP application. The Clerk shall **SEND** Plaintiff the instructions and application to proceed IFP for a non-inmate in case Plaintiff elects to file a new IFP application.

The court has also briefly reviewed Plaintiff's complaint which sues the Sun Valley General Improvement District. Plaintiff's complaint does not indicate the basis for this court's jurisdiction. Nor does it contain *any* facts. Instead, Plaintiff merely includes a notice of right to sue letter from the U.S. Equal Employment Opportunity Commission (EEOC). As such, Plaintiff's complaint (ECF No. 1-1) is **DISMISSED WITH LEAVE TO AMEND**. The Clerk shall **SEND** Plaintiff the instructions and form complaint. Plaintiff has **30 days** from the date of this Order to file an amended complaint that indicates the basis of this court's jurisdiction and contains a factual and legal description that provide the basis for this lawsuit.

If Plaintiff fails to timely pay the filing fee or file a new completed IFP application and file an amended complaint, the court will recommend dismissal of this action without prejudice.

If Plaintiff files a new completed IFP application and Plaintiff is granted IFP status, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

**IT IS SO ORDERED**.

Dated: February 12, 2024

_____
Craig S. Denney
United States Magistrate Judge