# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELINA DULAY-SALCEDA,<br><br>    Plaintiff<br><br>v.<br><br>SUN VALLEY GENERAL IMPROVEMENT DISTRICT,<br><br>    Defendant | Case No.: 3:23-cv-00566-MMD-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

    This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

    Plaintiff filed an application to proceed *in forma pauperis* (IFP) and civil complaint. The IFP application indicated, however, that Plaintiff's take-home pay or wages are $2,100 bi-weekly. Plaintiff did not list any expenses, debts, dependents, or other liabilities. As such, the court could not determine that Plaintiff was unable to pay the filing fee, but gave her 30 days to pay the filing fee or file a new, complete IFP application indicating an inability to pay. (ECF No. 5.)

    The court also noted that Plaintiff's complaint did not indicate the basis for the court's jurisdiction, or include any facts. As such, the court dismissed the complaint with leave to amend, giving Plaintiff 30 days to file an amended complaint. (*Id*.)

    Plaintiff was cautioned that a failure to timely comply with the court's order would lead to a recommendation for dismissal of this action without prejudice.

Plaintiff failed to pay the filing fee or file a new completed IFP application. She also failed to file an amended complaint. Therefore, this action should be dismissed without prejudice.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: April 9, 2024

_____
Craig S. Denney
United States Magistrate Judge