AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MELINA DULAY-SALCEDA,

        Plaintiff,

v.

SUN VALLEY GENERAL IMPROVEMENT DISTRICT,

        Defendant.

JUDGMENT

Case Number:   3:23-cv-00566-MMD-CSD

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed April 30, 2024 this action is dismissed without prejudice.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date: April 30, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk